UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BAH BOUBACAR ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.:  4:14-cv-01353-KOB-SGC |
| ) | |
| SCOTT HASSELL, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

## MEMORANDUM OPINION

On March 17, 2015, Respondents filed a pleading styled as a Motion to Dismiss Petition as Moot. (Doc. 7).  In their motion, Respondents note that Petitioner was released from ICE custody on March 12, 2015, pursuant to an Order of Supervision.  (Doc. 7-1).  Respondents argue that, because Petitioner has been released on an Order of Supervision, this case is due to be dismissed as moot.

On July 15, 2014, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Guinea.  (Doc. 1).  Because Petitioner has been released on an Order of Supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir.2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed.  *See Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011).

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 25th day of March, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE